IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL |
| | : | |
| v. | : | |
| | : | NO. 16-366-m |
| Christopher Bailey | : | |

## CONDITIONS OF PRETRIAL RELEASE

### BAIL

Defendant is **released on bail** in the amount of: $ 10,000.00

    __x__ O/R
    _____ cash
    _____ **secured by**:
        _____ % cash
        _____ property at: _____
        _____ Waiver of Clerk's office requirements - Execute an Agreement to Forfeit the Property stated above with a copy of the deed as indicia of ownership.

### PRETRIAL SERVICES

__x__ Defendant shall report to Pretrial Services:
    __x__ **as directed** by Pretrial Services.
    _____ times per week **in person**.
    _____ times per week **via telephone**.
_____ Defendant shall attend mental health services under the guidance and supervision of Pretrial Services.
__x__ Defendant shall submit to **random drug testing** as directed by Pretrial Services.
__x__ Defendant shall undergo **drug/alcohol treatment** if necessary as determined by Pretrial Services.
_____ Defendant shall submit to **electronic monitoring** at the following address:
_____
_____.

    _____ **24 hours a day** (Defendant may leave this residence to visit with counsel, and to attend medical appointments and religious services, all with prior approval of Pretrial Services.)

    _____ Defendant is permitted to continue **working** outside the home, but shall submit to **curfew** between the hours of _____, during which electronic monitoring will be in place. (Otherwise, defendant may leave this residence to visit with counsel, and to attend medical appointments and religious services, all with prior approval of Pretrial Services.)

## TRAVEL

__x__   Travel is restricted to the **Eastern District of Pennsylvania**.
_____   Travel is restricted to the _____.
__x__   Unless prior permission is granted by Pretrial Services.

## PASSPORT

__x__   Defendant shall surrender and/or refrain from obtaining a **passport**.

## FIREARMS

__x__   Defendant shall surrender and/or refrain from obtaining any **firearms**. Any other firearms in any premises where the defendant resides while on supervised release must be removed from the premises and no firearms are to be brought into the premises during this period. The defendant shall executed a completed Prohibition of Possession of Firearms Agreement when required.

## MISCELLANEOUS

__x__   Defendant shall have no contact with **co-defendants, potential witnesses** in this case, or individuals engaged in any **criminal activity**.
_____   Defendant must maintain present **employment**.
_____   Defendant must **actively seek** gainful employment.
_____   Defendant shall undergo a **mental competency evaluation**.
_____   Defendant must reside:
   at:   5618 N. 11th St., Philadelphia PA
   with: Father + Stepmother

### OTHER CONDITIONS:

As a further condition of release, defendant shall not commit a Federal, State, or local crime during the period of release. The commission of a Federal offense while on pretrial release will result in an additional sentence of a term of imprisonment of not more than 10 years, if the offense is a felony; or a term of imprisonment of not more than 1 year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.

_____        _____
AUSA                                                              DEFENSE ATTORNEY

It is so ORDERED this __25__ day of __March__, 2016.

BY THE COURT:

_____
M. FAITH ANGELL, U.S. MAGISTRATE JUDGE